### 25719. THRALL v. THE STATE.

NICHOLS, Justice. The alleged constitutional question which would give the Supreme Court jurisdiction of the present appeal was raised for the first time in a motion for new trial filed after conviction and comes too late. Accordingly, the Court of Appeals and not this court has jurisdiction of the appeal. Compare *Hogan v. State,* 224 Ga. 419 (162 SE2d 408); *Corbin v. State,* 212 Ga. 231 (7a) (91 SE2d 764), and citations.

*Transferred to the Court of Appeals. All the Justices concur.*
ARGUED APRIL 14, 1970—DECIDED APRIL 23, 1970.

*Albert M. Horn,* for appellant.
*Lewis R. Slaton, District Attorney, Carter Goode, J. Roger Thompson, Tony H. Hight,* for appellee.